# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

George Wilkes

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

New haven police Dept.
New haven Court House

Case No. 20CV 116 (KAD)
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. George Wilkes is a citizen of United States who
   (Plaintiff)                                    (State)
   presently resides at 199 Blake st apt D New haven CT 06511
                       (mailing address)                    or 19 oman St,
   New haven police dept                                     B.P.t, CT
                                                             06606
2. Defendant New haven Court house is a citizen of _____
              (name of first defendant)                        (State)

whose address is _____,

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _*New haven police dept New haven court house*_ is a citizen of _____
   (name of second defendant)                                                              (State)

whose address is _____

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

### C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Arrested Nov 24-2017 At 4:30 at Seven Eleven Rt at New haven, ct for 1st Degree unarmed robbery plead to 3rd degree larcerney, wrongfull conviction, i did not do crime my public defender put motion for discovery, Newhaven police never went to Seven eleven to retrieve video evidence which o would have prove my innocence, so i think the New haven police dept is at a fault, I need some justice

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

Supporting Facts:

**Claim III:** _____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief: to get justice, have this case/crime removed from my record, so I can gain employment to survive. I need money to survive thank you

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓    No ___    Don't care
I care
Sorry

_____          *George Welch*
Original signature of attorney (if any)    Plaintiff's Original Signature

_____          _____
Printed Name                              Printed Name

                                          
_____          _____

( )                                       ( )
Attorney's full address and telephone    Plaintiff's full address and telephone

_____          _____
Email address if available               Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  New Haven federal clerk office   1-27-20
              (location)                       (date)

                    *Welch*
                                          Plaintiff's Original Signature

(Rev. 3/21/16)

5