George Wilkes

1-27-20

vs

New Haven Police Dept

Motion For Discovery

(video)

seven eleven Rt 80 New Haven

New Haven court house

20 CV 116 (KAD)

The Date of incident was on Nov-25-2017 not Nov-24-2017

Day after Thanksgiving

George Wilkes

JAN 27 2020 AM 11:04
FILED-USDC-CT-NEW HAVEN